# UNITED STATES DISTRICT COURT
for the
Central District of California

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
) Case No. 2:20-MJ-03525
THE PREMISES KNOWN AS: )
)
United States Postal Service Priority Mail parcel )
bearing label number 9505 5117 5012 0203 8096 )
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

located in the Central District of California, there is now concealed *(identify the person or describe the property to be seized)*:

*See Attachment B*

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution and Possession with Intent to Distribute a Controlled Substance |
| 21 U.S.C. § 843(b) | Unlawful Use of a Communication Facility, Including the Mails, to Facilitate the Distribution of a Controlled Substance |

The application is based on these facts:

*See attached Affidavit*

☒ Continued on the attached sheet.

☐ Delayed notice of _____ days (*give exact ending date if more than 30 days*: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ Quoc Thai*
_____
*Applicant's signature*

Quoc Thai, US Postal Inspector
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

_____
*Judge's signature*

City and state: Los Angeles, CA      Honorable Paul Abrams
_____
*Printed name and title*

**ATTACHMENT A**

PROPERTY TO BE SEARCHED

A United States Postal Service Priority Mail parcel bearing label number 9505 5117 5012 0203 8096 12 (the "SUBJECT PARCEL"), weighing approximately 2 pounds .40 ounces, and which bears a handwritten address label with the following recipient information: "Danny Reyes 14109 Goleta St, Arleta, CA 91331;" and with the following sender address information: "Ivan Parrilla 1002 S Pine St., Apt 1b, York PA 17403."

**ATTACHMENT B**

ITEMS TO BE SEIZED

The following items are to be seized from the parcel described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) (distribution and possession with intent to distribute a controlled substance) and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance):

      a.   Any controlled substances;

      b.   Records, receipts, pay-owe sheets, or similar documents related to drug trafficking;

      c.   Currency, money orders, bank checks, or similar monetary instruments; and

      d.   Packaging material, including scented items, used to wrap and/or conceal any currency or controlled substances.

**AFFIDAVIT**

I, Quoc Thai, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1.  I am a United States Postal Inspector employed by the United States Postal Inspection Service ("USPIS"), Los Angeles Division, in Los Angeles, California, where I have served since March 2019. Prior to my appointment as a Postal Inspector, from 2010 to 2019, I was employed as a Special Agent for the Internal Revenue Service Criminal Investigation. Currently, as a Postal Inspector, I am responsible for investigating criminal violations of money laundering and structuring laws, such as when United States Postal Service ("USPS") Money Orders or the United States Mail are used as a means to launder or structure funds. During my career as a Postal Inspector, I have participated in or investigated financial violations including money laundering, "dark net" investigations, digital currency investigations, structuring, bank, wire and mail fraud, and identity theft. In addition, I have received both formal and informal training from USPIS and other agencies regarding money laundering and financial crimes.

## II. PURPOSE OF AFFIDAVIT

2.  This affidavit is made in support of a search warrant for a parcel (the "SUBJECT PARCEL") shipped through the USPS, as described more fully in Attachment A. The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) (distribution and possession with intent to distribute a

controlled substance) and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance) (the "Target Offenses"), as described more fully in Attachment B.  Attachments A and B are incorporated by reference.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. SUMMARY OF PROBABLE CAUSE

4. On July 22, 2020, I flagged the SUBJECT PARCEL for further inspection because, based on my training and experience, it met certain criteria common to packages containing contraband or proceeds of contraband.  On July 27, 2020, a trained drug-detection dog alerted to the SUBJECT PARCEL for the presence of drugs or other items, such as the proceeds of drug sales, which have been contaminated by drugs.

### IV. STATEMENT OF PROBABLE CAUSE

5. Based on my training and experience as a Postal Inspector, and the experiences related to me by fellow Postal Inspectors and investigators who specialize in drug investigations, I know the following:

    a. Los Angeles is a major source area for illegal drugs.  As such, drugs are frequently transported from Los Angeles through the United States Mail, and the proceeds from drug sales are frequently returned to Los Angeles through the mail.  These proceeds are generally in the form of cash, money orders, bank checks, or similar monetary instruments in an amount over $1000.00.

    b. Drug distributors often use USPS Priority Mail Express, which is the USPS overnight/next day delivery mail product, or Priority Mail Service, which is the USPS two-to-three day delivery mail product.  Drug distributors use the Priority Mail Express delivery service because of its speed, reliability, and the ability to track the parcel's progress to delivery.  Drug distributors use the Priority Mail delivery service because it provides them more time for travel between states if they decide to follow their shipments to their destination for distribution.  Also, by adding delivery confirmation to a Priority Mail parcel, drug traffickers have the ability to track the parcel's progress to the intended delivery point, as if the parcel had been mailed using the Priority Mail Express Service.

  6. Based on my training and experience, and my conversations with other law enforcement officers, the following indicia suggest that a parcel may contain drugs or drug distribution proceeds:

    a. The parcel is contained in a box, flat cardboard mailer, or Tyvek envelope;

   b. The parcel bears a handwritten label, whether USPS Express Mail or Priority Mail;

   c. The handwritten label on the parcel does not contain a business account number;

   d. The seams of the parcel are all taped or glued shut;

   e. The parcel emits an odor of a cleaning agent or adhesive or spray foam that can be detected by a human;

   f. The postage is paid in cash, which is a common method of payment for drug traffickers in order to elude law enforcement by avoiding payment by check or credit card; and

   g. Multiple parcels are mailed by the same individual, on the same day, from different locations.

  7. Parcels exhibiting such indicia are the subject of further investigation, which may include verification of the addressee and return addresses.

  8. I also know from my training and experience, and my conversations with other law enforcement officers, that drug traffickers often use fictitious or incomplete names and addresses in an effort to conceal their identities from law enforcement officers investigating these types of cases. To the extent that real addresses are ever used, it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

  **A.** **USPIS Identification of the SUBJECT PARCEL**

  9. On July 17, 2020, I saw the SUBJECT PARCEL at the Post Office located at 15310 Elliot Avenue, La Puente, California,

4

91747. I flagged the SUBJECT PARCEL as suspicious because it had several characteristics that suggested it contained contraband. Specifically:

    a. The SUBJECT PARCEL is a USPS Box being shipped using USPS Priority Mail;

    b. The sender and recipient information was handwritten;

    c. The SUBJECT PARCEL was mailed using Priority Mail service with no business account number; and

    d. The postage was paid in cash.

10. After I flagged the package as suspicious, I contacted a USPIS analyst to conduct further research. I learned from the analyst that she conducted a search for the sender name and address listed on the SUBJECT PARCEL in the CLEAR[1] database: "Ivan Parilla 1002 S. Pine St., 1B, York PA 17403."[2] The CLEAR search indicated the name Ivan Parilla is a true name, that Parilla used to reside in Los Angeles, and that Parilla has a criminal history including arrests and/or convictions involving narcotics.

11. I also learned from the analyst that she conducted a CLEAR database search using the recipient name and address listed on the SUBJECT PARCEL: "Danny Reyes, 14109 Goleta St, Arleta CA 91331." The CLEAR search indicted the name Danny

---

[1] CLEAR is a public information database used by law enforcement that provides names, addresses, telephone numbers, and other identifying information.

[2] Spelling and capitalization are reproduced herein as on each SUBJECT PARCEL.

Reyes is a true name and that Reyes has a criminal history including arrests and/or convictions involving driving under the influence and theft.  I also know that Reyes has received numerous packages between March 14, 2020, and May 4, 2020, all with postage paid in cash.

      **B.**    **Drug Detection Dog Alerts to the SUBJECT PARCEL**

      12.  On July 27, 2020, Postal Inspector Lyndon Versoza asked Los Angeles Police Department Officer Hillary Del Rio and her trained drug-detection dog, "Cooper," to examine the exterior of the SUBJECT PARCEL.

      13.  Attached as Exhibit 1, and incorporated by reference, is a true and correct copy of an affidavit from Officer Del Rio.  In that affidavit, Officer Del Rio describes her training and experience with drug-detection dogs.  She also affirms that Cooper is a certified drug-detection dog.

      14.  Postal Inspector Versoza was present when Officer Del Rio and Cooper examined the SUBJECT PARCEL.  Officer Del Rio told Postal Inspector Versoza that Cooper positively alerted to the SUBJECT PARCEL, indicating the presence of drugs or other items such as the proceeds from the sale of drugs, which have been recently contaminated by or associated with the odor of drugs.

//
//
//
//

## V. CONCLUSION

15. For all the reasons described above, there is probable cause to believe that the items listed in Attachment B, which constitute evidence, fruits, and instrumentalities of violations of the Target Offenses will be found in the SUBJECT PARCEL, as described in Attachment A.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 28th day of
July, 2020.

_____
HONORABLE PAUL ABRAMS
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT

1.  Your Affiant, Hillary Del Rio, Serial No. 39705, has been a Los Angeles Police (LAPD) Officer since 2008, and is currently assigned to Gang and Narcotic Division, K-9 Squad. Your Affiant has attended classes, seminars, training lectures and received on the job training in the field of narcotics given by narcotics experts. These experts conduct narcotic enforcement investigations and are from varied agencies that include: the LAPD; the U.S. Drug Enforcement Administration; the Bureau of Alcohol, Tobacco, Firearms and Explosives; the Federal Bureau of Investigation and other law enforcement agencies. Your Affiant completed a 40-Hour Narcotics Awareness course in the LAPD Academy. The awareness course covered topics such as narcotics sales, packaging, transportation and usage of narcotics. Additionally, your Affiant completed the California POST Certification for the 11550 H&S - Under the Influence of a Controlled Substance Course. Your Affiant has been involved in over 100 narcotic related arrests and investigations and has interviewed over 100 narcotic users and sellers on the methods of use, sales, packaging and transportation of narcotics. Your Affiant has worked with and is currently working under the direction of senior narcotic officers and tenured certified K9 narcotic detection handlers. Your Affiant has read training bulletins provided by the LAPD in addition to publications from other agencies related to narcotic investigations and detection.

2.  On June 6, 2017, your affiant assumed responsibility of K9-Cooper, K9 #302, an LAPD narcotic detection canine. Your Affiant's responsibilities consist of the care, training and handling of the K-9. K-9 Cooper has received over 590 hours of training, during which time he has successfully located over 1,950 training aids, consisting of actual narcotics. These narcotics include heroin, cocaine, marijuana, and methamphetamine. As such, K-9 Cooper will positively alert to the scent of heroin, cocaine, marijuana, and methamphetamine. K9-Cooper's alert

23 consists of physical and behavioral reactions, which include a heightened emotional state and
24 possessive behavior in combination with focusing on the source of the scent.

25 The Los Angeles Police Department and the National Police Canine Association (NPCA)
26 have certified K-9 Cooper and your Affiant as a Narcotics Detection Team for use as of
27 June 6, 2017. The most current NPCA certification was obtained May 27, 2020. K-9 Cooper and
28 your Affiant have also been certified as a Narcotics Detection Team by the California Narcotic
29 Canine Association (CNCA). The most current CNCA certification was obtained September 23,
30 2019. K9-Cooper has been successfully used in over 80 investigations in which controlled
31 substances have been located. K9-Cooper is responsible for the seizure of over 60 kg of
32 methamphetamine, over 24 kg of heroin, over 51 kg of cocaine and over 600 lbs. of marijuana.

33 On July 27, 2020 at 1000 hours, your Affiant responded to a request for a parcel sniff at
34 1055 N. Vignes Street (USPS Alameda Carrier Annex). K9-Cooper conducted a sniff of a parcel
35 (white Priority Mail box) with tracking #9505 5117 5012 0203 8096 12. K9-Cooper alerted to
36 the presence of narcotic odor on the above referenced parcel.

37 I, Officer Hillary Del Rio, declare under penalty of perjury that all the above is true and
38 correct to the best of my knowledge and belief, and that this affidavit was executed on
39 July 27, 2020 at 1030 hours, in the County of Los Angeles, California.

40
41 *[signed]* H. Del Rio #39705 7/27/2020

42 Police Officer Hillary Del Rio, Serial No. 39705